**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 62 MAL 2017
                                :
                    Respondent  :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
            v.                  :
                                :
                                :
ALPHONSO SANDERS,               :
                                :
                    Petitioner  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.